UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gabriel Fernandez, Debtor(s).

Case No.: 17-11323-JKS
Chapter: 7
Judge: Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __4/11/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real property located at 669 E. 22nd Street, Paterson, NJ.
Fair Market Value: $130,000.00

Liens on property: Subject to mortgage held by Rushmore Loan Management Services in the approximate amount of $340,000.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11323-JKS
Gabriel Fernandez                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1           Date Rcvd: Mar 13, 2017
                          Form ID: pdf905       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
```
db          +Gabriel Fernandez,   669 E. 22nd Street,   Paterson, NJ 07504-2211
516605035   +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516605037   +Ditech,   P.O. Box 7169,   Pasadena, CA 91109-7169
516605038   +Loancare Servicing Ctr,   Po Box 8068,   Virginia Beach, VA 23450-8068
516605040   +Passaic COunty Board of Taxation,   155 Market Street,   Paterson, NJ 07505-1414
516605044   +Rushmore Loan Management services,   P.O. Box 514707,   Los Angeles, CA 90051-4707
516605045   +Simeone & Raynor,   Harvard Law Building,   1522 Route 38,   Cherry Hill, NJ 08002-2214
516605046   +Stern Laventhal & Frankenberg, LLc.,   105 Eisenhower Parkway,   Suite 302,
              Roseland, NJ 07068-1640
516605048   +Veripro Solutions,   P.O. Box 3572,   Coppell, TX 75019-9572
516605049   +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2017 23:49:40     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2017 23:49:36     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516605039   +Fax: 407-737-5634 Mar 14 2017 00:38:50     Ocwen Loan Servicing,   Attn: Research Dept,
              1661 Worthington R Ste 100,   West Palm Beach, FL 33409-6493
516605041    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2017 23:52:11
              Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516605042   +E-mail/Text: bkdepartment@rtresolutions.com Mar 13 2017 23:49:50     Real Time Resolutions,
              Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
516605047   +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 23:46:22     Sychrony Bank /Care Credit,
              Attn: Bankruptcy,   Po Box 103104,   Poswell, GA 30076-9104
                                                                                             TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516605036*  +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516605043*  +Real Time Resolutions,   Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
```
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald Troy Bonomo    on behalf of Debtor Gabriel   Fernandez dbonomo123@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```